## CARTER v. ONE PRICE CLOTHING STORE

No. 18P98

Case below: 126 N.C.App. 221

Petition by plaintiffs for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 2 April 1998.

## CROSS v. PRIDGEN

No. 580P97

Case below: 127 N.C.App. 750

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 2 April 1998.

## FISK v. KELLY SPRINGFIELD TIRE CO.

No. 557P97

Case below: 127 N.C.App. 750

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 2 April 1998.

## FLOYD AND SONS, INC. v. CAPE FEAR FARM CREDIT

No. 27A98

Case below: 127 N.C.App. 753

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to issues in addition to those presented as the basis for the dissenting opinion in the Court of Appeals denied 2 April 1998. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 2 April 1998.

## HOME INDEMNITY CO. v. HOECHST CELANESE CORP.

No. 43P98

Case below: 128 N.C.App. 260

Petition by defendant (Hoechst) for discretionary review pursuant to G.S. 7A-31 denied 2 April 1998.